**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES GOLBERT, Cook County Public Guardian, on behalf of Trinity B., Romeo S., Connor H., Jadiene T., Jymesha S., Tatyana H., and Jamya B., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 19-cv-08257 |
| AURORA CHICAGO LAKESHORE HOSPITAL, LLC; SIGNATURE HEALTHCARE SERVICES, LLC; BEVERLY J. WALKER; THE ESTATE OF GEORGE SHELDON; DAVID FLETCHER-JANZEN; NEIL SKENE; MICHAEL C. JONES; TIERNEY STUTZ; BEVERLY MIMS; MARCO LEONARDO; DENISE ELLIS; BROOKE SLOAN; NIAMA MALACHI; TAUSHA BLUITT; ELISABETH SCHEI; RICHARD KASYOKI; DION DILL; NICKOLAY KATSAROV; ANDEBOLA ("DEBBIE") MAJEKODUNMI; SHANE MICHAELS; and EVE BROWNSTONE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Judge Mary M. Rowland |
| Defendants. | ) | |

**DEFENDANT AURORA CHICAGO LAKESHORE HOSPITAL, LLC'S**
**DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, defendant Aurora Chicago Lakeshore Hospital, LLC ("Lakeshore") submits this disclosure statement. Lakeshore is a limited liability company. Defendant Signature Healthcare Services, LLC holds the majority interest in Lakeshore; a privately-owned S Corporation holds the minority interest in Lakeshore. No publicly-traded company owns 10% or more of the stock of Lakeshore. Lakeshore also does not have any publicly-held affiliates as defined by Local Rule 3.2.

Dated: February 4, 2020

Respectfully submitted,

/s/ Craig C. Martin

Craig C. Martin (cmartin@jenner.com)
Joel T. Pelz (jpelz@jenner.com)
Matthew R. Devine (mdevine@jenner.com)
Laura L. Norris (lnorris@jenner.com)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2776

Michael E. Prangle (mprangle@hpslaw.com)
Sabina Babel (sbabel@hpslaw.com)
Matthew J. Kaminski (mkaminski@hpslaw.com)
HALL PRANGLE & SCHOONVELD LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60654
Tel: (312) 345-9600

*Attorneys for Defendants Aurora Chicago
Lakeshore Hospital, LLC & Signature Healthcare
Services, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that, on February 4, 2020, a true and correct copy of **Defendant Aurora Chicago Lakeshore Hospital, LLC's Disclosure Statement and Notification as to Affiliates** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: February 4, 2020                    By: /s/ Matthew R. Devine

Matthew R. Devine
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 840-7415

*Attorney for Defendants Aurora Chicago Lakeshore Hospital, LLC & Signature Healthcare Services, LLC*