AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles Goldbert, et al.

V.

Aurora Chicago Lakeshore Hospital, LLC, et al.

CASE NUMBER: 1:19-cv-08257

ASSIGNED JUDGE: Mary M. Rowland

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Niama Malachi
8817 S Bennett Ave.
Chicago, IL 60617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott R. Drury
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Nicole Gibson*

(By) DEPUTY CLERK

February 14, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date              *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**INVOICE**

Invoice #CLU-2020000315
3/11/2020





**Send Payments To:**
Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
Phone: (217) 528-5997
61-1446230

Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607

**Case Number: Northern 1:19-CV-08257**

Plaintiff:
**Charles P. Goldbert, Cook County Public Guardian, on behalf of Trinity B., Romeo S., Connor H., Jadiene T., Jymesha S., Tatyana H., and Jamya B.,**

Defendant:
**Aurora Chicago Lakeshore Hospital LLC; Signature Healthcare Services, LLC; Beverly J. Walker; The Estate of George Sheldon; David Fletcher-Janzen; Neil Skene; Michael C. Jones; Tierney Stutz; Beverly Mims; Marco Leonardo; et. al.,**

Received: 2/18/2020   Served: 3/6/2020 12:20 pm   INDIVIDUAL/PERSONAL
To be served on: Niama Malachi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Residential Serve | 1.00 | 100.00 | 100.00 |
| Notary Fee | 1.00 | 3.00 | 3.00 |
| Photocopies | 30.00 | 0.20 | 6.00 |
| **TOTAL CHARGED:** | | | **$109.00** |

**BALANCE DUE:**                                                                                                         $109.00

Due to a large increase in the gasoline tax signed in to law by the Governor of Illinois, we are forced to minimally increase our service prices. We apologize for any inconvenience this may cause.
The new price will take effect August 1 2019.
Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Page 1 / 1

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:19-CV-08257

Plaintiff:
**Charles P. Goldbert, Cook County Public Guardian, on behalf of Trinity B., Romeo S., Connor H., Jadiene T., Jymesha S., Tatyana H., and Jamya B.,**
vs.
Defendant:
**Aurora Chicago Lakeshore Hospital LLC; Signature Healthcare Services, LLC; Beverly J. Walker; The Estate of George Sheldon; David Fletcher-Janzen; Neil Skene; Michael C. Jones; Tierney Stutz; Beverly Mims; Marco Leonardo; et. al.,**

For: Loevy & Loevy

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 18th day of February, 2020 at 2:39 pm to be served on **Niama Malachi, 8817 South Bennett Avenue, Chicago, IL 60617.** I, Jason Lanning, being duly sworn, depose and say that on the 6th day of March, 2020 at 12:20 P/m., executed service by delivering a true copy of the **Summons in a Civil Case, Complaint with Jury Trial Demanded, Notice of Mandatory Initial Discovery, and Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project** in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Marital Status: ( ) Married or ( ) Single  Name of Spouse _____

**COMMENTS:** _____

Age 35 Sex M (F) Race Black Height 5'6 Weight 130 Hair Black Glasses Y (N)

## AFFIDAVIT OF SERVICE For 1:19-CV-08257

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 10th day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

ARICA E. COSTELLO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 01, 2022

PROCESS SERVER # 125-184601
Appointed in accordance with State Statutes

Clutter Investigations Inc. DBA Courthouse Courier
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: 2020000315

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c