IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES GOLBERT, Cook County Public Guardian, on behalf of Trinity B., Romeo S., Connor H., Jadiene T., Jymesha S., Tatyana H. and Jamya B., | ) ) ) ) |
| | ) Case No. 19-cv-08257 |
| Plaintiffs, | ) |
| | ) Judge Mary M. Rowland |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| AURORA CHICAGO LAKESHORE HOSPITAL, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

To:   Arthur Loevy
　　　Jon Loevy
　　　Michael Kanovitz
　　　Russell Ainsworth
　　　Julie Goodwin
　　　Adair Crosley
　　　Loevy & Loevy
　　　311 N. Aberdeen
　　　3rd Floor
　　　Chicago, IL  60607

　　　PLEASE TAKE NOTICE that on the 26th day of June 2020 **DCFS Defendants' Motion to Dismiss Plaintiffs' Complaint** was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604.

| | |
|---|---|
| BARBARA L. GREENSPAN | KWAME RAOUL |
| Assistant Attorney General | Illinois Attorney General |
| 100 W. Randolph, Suite 11-200 | |
| Chicago, IL 60601 | By: _s/Barbara L. Greenspan_____ |
| 312/814-7087 | BARBARA L. GREENSPAN |
| | Assistant Attorney General |