## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, deposes and states that a copy of the attached **DCFS Defendants' Motion to Dismiss Plaintiffs' Complaint** was served upon counsel of record by electronic filing this 26th day of June 2020.

                s/Barbara L. Greenspan
                    Attorney