**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHARLES GOLBERT, Cook County Public
Guardian, on behalf of Trinity B., Romeo S.,
Connor H., Jadiene T., Jymesha S., Tatyana
H., and Jamya B.,

                    Plaintiffs,

      v.

AURORA CHICAGO LAKESHORE
HOSPITAL, LLC, doing business as Chicago
Lakeshore Hospital; SIGNATURE
HEALTHCARE SERVICES, LLC;
BEVERLY J. WALKER; THE ESTATE OF
GEORGE SHELDON; DAVID FLETCHER-
JANZEN; NEIL SKENE; MICHAEL C.
JONES; TIERNEY STUTZ; BEVERLY
MIMS; MARCO LEONARDO; DENISE
ELLIS; BROOKE SLOAN; NIAMA
MALACHI; TAUSHA BLUITT;
ELISABETH SCHEI; RICHARD KASYOKI;
DION DILL; NIKOLAY KATSAROV;
ADEBOLA ("DEBBIE") MAJEKODUNMI;
SHANE MICHAELS; and EVE
BROWNSTONE,

                  Defendants.

No. 19-cv-08257

Honorable Mary M. Rowland

**DEFENDANT NIAMA MALACHI'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION AND
MOTION TO WITHDRAW HER PRIOR MOTION FOR EXTENSION OF TIME**

      Defendant, NIAMA MALACHI, PSY.D ("Dr. Malachi"), by her attorneys, Mark M.

Burden, Mason W. Kienzle and DONOHUE BROWN MATHEWSON & SMYTH LLC,

unopposed by plaintiffs and pursuant to Federal Rule of Civil Procedure 6, respectfully requests

that this Honorable Court enter an order permitting her a 14-day extension of time, up to and

including May 12, 2021, to respond to plaintiffs' first request for production. Dr. Malachi further

moves to withdraw her previously filed motion for extension of time (Dkt. 278). In support of this motion, Dr. Malachi states as follows:

## I.       MOTION TO WITHDRAW

1.       On April 28, 2021, Dr. Malachi filed Defendant Niama Malachi's Motion for Extension of Time to Respond to Plaintiffs' First Request for Production. Dkt. 278. In the motion, Dr. Malachi's counsel inadvertently stated that the parties were unable to reach an agreement regarding an extension of time for Dr. Malachi to respond to Plaintiffs' first set of requests for production when the parties had not yet conferred pursuant to Local Rule 37.2. The parties have now conferred, and Dr. Malachi now seeks to withdraw that motion and submits this unopposed motion in its place.

## II.      MOTION FOR EXTENSION

2.       On April 7, 2021, the Court entered an order giving Dr. Malachi "until 4/28/21 to respond to outstanding discovery." Dkt. 267.

3.       On April 28, 2021, in accordance with the Court's order, Dr. Malachi submitted to plaintiffs her answers to Plaintiff Trinity B.'s First Set of Interrogatories. Prior to that, on February 26, 2021, Dr. Malachi submitted her answers to Plaintiff Trinity B.'s Second Set of Interrogatories.

4.       Dr. Malachi and her counsel have been diligently working to complete discovery but request more time to review the many documents and emails that are potentially responsive to plaintiffs' requests for production.

5.       Pursuant to Local Rule 37.2, counsel for Dr. Malachi and plaintiffs' counsel conferred via telephone on April 28, 2021. Dr. Malachi's counsel requested an extension to and including May 12, 2021 to respond to Plaintiffs' first set of requests for production. Plaintiffs'

counsel stated they would not oppose such a request provided that Dr. Malachi agreed to produce documents on a rolling basis during the requested extension. Dr. Malachi agreed to produce documents on a rolling basis.

6.        Accordingly, Dr. Malachi respectfully requests a 14-day extension of time to produce documents in response to plaintiffs' first requests for production—to and including May 12, 2021. The additional time requested by this unopposed motion is not meant for purposes of unnecessary delay and will not prejudice any party to this litigation.

WHEREFORE, defendant, NIAMA MALACHI, respectfully requests that the Court enter an order granting her until Wednesday, May 12, 2021 to respond to plaintiffs' request for production of documents and permitting her leave to withdraw her prior motion for extension (Dkt. 278).

Dated:  April 29, 2021

**DONOHUE BROWN MATHEWSON & SMYTH LLC**

By:  _____

One of the Attorneys for Defendant, NIAMA
MALACHI, PSY.D.

DONOHUE BROWN MATHEWSON & SMYTH LLC
Mark M. Burden (ARDC #06210559)
Mason W. Kienzle (ARDC #06329921)
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:      (312) 422-0900
Facsimile:       (312) 422-0909
Email:              burden@dbmslaw.com
                        kienzle@dbmslaw.com
Email for service:       service@dbmslaw.com
                        burden@dbmslaw.com
                        kienzle@dbmslaw.com

- 3 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that, on April 29, 2021, a true and correct copy of *Defendant Niama Malachi's Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Requests for Production and Motion to Withdraw Her Prior Motion for Extension of Time* was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated:  April 29, 2021

Beryl M. Campillo