# EXHIBIT 1

Home    Conferences    Magazines                                🔍 Search …

E-Newsletters    Media Solutions



Home    Midwest    Northeast    Southeast    Texas    Western    Property Type ⌄

Features ⌄    Videos ⌄    France Media ⌄

# Care Capital Properties to Acquire Six Behavioral Health Hospitals for $400M



**Content Partners**

Lee & Associates

Lument

Walker & Dunlop

Posted on April 11, 2017 by Katie Sloan in Healthcare, Illinois, Midwest, Top Stories

CHICAGO — Care Capital Properties Inc. (NYSE: CCP) has entered into a definitive agreement to acquire six behavioral health hospitals in a sale-leaseback transaction for $400 million.

The six-property portfolio contains a total of 712 beds in California, Arizona and Illinois. The hospitals primarily provide acute inpatient and outpatient psychiatric care, addiction services, geriatric psychiatric care and child and adolescent psychiatric care.

Signature Healthcare Services LLC, one of the largest





READ THE DIGITAL EDITIONS



RECENT FEATURES

By Reducing Occupancy Costs,

SIG_CLS 001672

privately owned behavioral healthcare providers in the United States, currently owns the properties. As part of the transaction, CCP has agreed to fund up to $50 million in expansion and improvements within the portfolio.

CCP will also have an option, exercisable beginning in the fourth quarter of 2018, to purchase one additional building for an amount that is expected to be approximately $20 million.

Acquired properties include Aurora Charter Oak Hospital in Covina, Calif.; Aurora Vista del Mar Hospital in Ventura, Calif.; Aurora San Diego Hospital in San Diego; Aurora Arizona West in Glendale, Ariz.; Aurora Arizona East in Tempe, Ariz.; and Aurora Chicago Lakeshore Hospital in Chicago.

Upon completion of the transaction, which is slated for the second quarter of 2017, CCP will lease the properties to affiliates of Signature on a 10-year, triple-net basis, with up to five renewal options of five years each.

The company is expected to fund approximately $380 million at the close of the transaction, which will be funded through cash on-hand, disposition proceeds and borrowings under the company's revolving credit facility.

Chicago-based Care Capital Properties is a healthcare REIT with a portfolio of triple-net leased properties focused on the post-acute sector. The company's stock price closed on Monday, April 10, at $27.31 per share, up from $25.88 one year ago.

— *Katie Sloan*

Brick-and-Mortar Retailers Can Save on Property Taxes

U.S. Office Rents Won't Return to Pre-Pandemic Levels Until 2026, Says Moody's Analytics

Walker & Dunlop Predicts Growth for Single-Family Rental, Build-for-Rent Asset Class

Coresight Research: Apparel Represents Bulk of Retail Closures During Pandemic

Seniors Housing Sellers Are Highly Motivated Coming Out of COVID-19, Webinar Panel Concludes










### RECENT CORONAVIRUS NEWS

Another 900,000 Americans File for First-Time Unemployment Assistance

| Previous | Next |
|---|---|
| InterFace Student Housing Brings Industry Executives to Austin | CBRE Arranges 450,000 SF Industrial Lease in South Brunswick, N.J. |

Get more news delivered to your inbox. Subscribe to France Media's e-newsletters. Click here.

The Presentation Of Obsolescence Helps Commercial Property Owners Achieve Successful Tax Appeals

Initial Weekly Unemployment Assistance Claims Jump to 965,000 as Coronavirus Cases Climb

Indoor Dining Expected to Resume Feb. 1 in Michigan

Detroit Auto Show Cancelled for 2021, Scaled-Down Version to Take Place in Pontiac

## Top Stories

ZOM Living Completes 41-Story Atelier Multifamily Tower in Dallas Arts District

Marriott International Plans $250M Hotel in Reston Station Near Washington, D.C.

Walker & Dunlop Arranges $205M Refinancing for Hudson Research Center in Manhattan

## Market Reports

Suburban Submarkets Will Lead Boston Multifamily Market's Recovery in 2021

Kansas City Industrial Market Slated to Continue Positive Momentum in 2021

Sublease Space Stagnates, but 2021 Shows Promise for Las Vegas Office Market

SIG_CLS 001674

Demand-Build-Repeat Cycle Characterizes Southern New Jersey Industrial Market

© 2020 France Publications. All rights reserved.    France Media Inc. is parent company of InterFace Conference Group.

SIG_CLS 001675