# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| CHARLES GOLBERT, Cook County Public Guardian, on behalf of Trinity B., Romeo S., Connor H., Jadiene T., Corey C., Jymesha S., Tatyana H. and Jamya B., <br><br> Plaintiff, <br><br> v. <br><br> AURORA CHICAGO LAKESHORE HOSPITAL, LLC, *et. al.*, <br><br> Defendants. | Case No. 19-cv-08257 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge Maria Valdez |

## **NOTICE OF SUBPOENA *DUCES TECUM***

TO:

| | |
|---|---|
| Sabina Babel <br> Matthew Kaminski <br> Michael Thomas Koptik <br> Daria Ann Porta <br> Michael E. Prangle <br> Matthew Edward Rechtoris <br> HALL, PRANGLE, & SCHOONVELD LLC <br> 200 S. Wacker Dr., Suite 3300 <br> Chicago, Illinois 60606 <br><br> Barbara Lynn Greenspan <br> Michaelina Gianaris Camp <br> OFFICE OF THE ILLINOIS ATTORNEY GENERAL <br> 100 W. Randolph St., Suite 11-200 <br> Chicago, Illinois 60601 | Craig Christopher Martin <br> Laura L. Norris <br> Matt Basil <br> WILLKIE, FARR & GALLAGHER LLP <br> 300 North LaSalle, Suite 500 <br> Chicago, Illinois 60654 <br><br> Mark M. Burden <br> Mason Kienzle <br> DONAHUE BROWN MATHEWSON & SMYTH LLC <br> 140 South Dearborn, Suite 800 <br> Chicago, Illinois 60603 |

1

PLEASE TAKE NOTICE that on April 22, 2021, Plaintiffs Trinity B., Romeo S., Connor H., Jadiene T., Corey C., Jymesha S., Tatyana H. and Jamya B., through Charles Golbert, Cook County Public Guardian, will request the production of documents by subpoena from the below named recipient or its authorized agents pursuant to the Federal Rules of Civil Procedure:

| RECIPIENT | DUE DATE | MATERIALS REQUESTED |
|---|---|---|
| Sabra Health Care, REIT, Inc. | May 13, 2021 | See attached subpoena |

Dated: April 21, 2021

Respectfully submitted,

/s/ Scott R. Drury
Scott R. Drury
*One of Plaintiffs' Attorneys*

Jon Loevy (jon@loevy.com)
Scott R. Drury (drury@loevy.com)
Julie Goodwin (julie@loevy.com)
Mariah Garcia (mariah@loevy.com)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, certify that on April 21, 2021, I served the foregoing Notice of Subpoena *Duces Tecum* on all counsel of record via electronic mail.

/s/ Scott R. Drury