# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Charles Golbert, et al.

                        Plaintiff,

v.                                                    Case No.: 1:19–cv–08257

                                                            Honorable Jeffrey I Cummings

Aurora Chicago Lakeshore Hospital LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 24, 2024:

      MINUTE entry before the Honorable Maria Valdez: Defendant Dr. Soon K. Kim's Motion for Leave to File His Response to Plaintiffs' Motion to Compel His Oral Deposition Under Seal [488] is granted. Defendant may file under seal his response to Plaintiffs' Motion to Compel [483] [485], as well as his supporting declaration and Exhibit 1 to the declaration of Laura L. Norris. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.